1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KYLE J. J.,[1]                              Case No. EDCV 20-00563 PVC

12                         Plaintiff,

13         v.                                     **JUDGMENT**

14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,[2]

15                         Defendants.

16

17

18         IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that

19   the above-captioned action is dismissed with prejudice.

20

21   DATED:  September 27, 2021

22

23                                        _____

24                                        PEDRO V. CASTILLO
                                          UNITED STATES MAGISTRATE JUDGE

25   _____
     [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil

26   Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
     Administration and Case Management of the Judicial Conference of the United States.

27   [2] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is

28   substituted for her predecessor originally named in the Complaint. *See* 42 U.S.C.
     § 405(g); Fed. R. Civ. P. 25(d).